IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-05025-01-CR-SW-DW |
| | ) | |
| GLEN H. HARLOW, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge England's Report and Recommendation denying

Defendant's Motion to Suppress Evidence (Doc. 43).  After an independent review of the record,

the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact

and conclusions of law.  Accordingly, the Court order that the Magistrate's Report and

Recommendation be attached to be made a part of this Order, and denies the Defendant's Motion

to Suppress.


IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge


DATE:  July 11, 2005